IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40966
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PATRICK TIRELL WHITE,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:96-CR-44
- - - - - - - - - -
July 24, 1997
Before WISDOM, JOLLY and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Patrick Tirell White has filed a
brief as required by Anders v. California, 386 U.S. 738 (1967).
Our independent review of the brief, the record, and White's
response discloses no nonfrivolous issue. Accordingly, counsel
is excused from further responsibilities herein, and the APPEAL
IS DISMISSED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.